ROBERT W. THOMPSON, Esq. (Cal. SBN 106411)
Attorney has complied with LR IA 10-2
KATHLEEN M. HARTMAN, Esq. (Cal. SBN 219934)
Attorney has complied with LR IA 10-2
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel:   (949)  261-2872
Fax:  (949)  261-6060
Email: khartman@ctsclaw.com
           rthompson@ctsclaw.com

Jude Nazareth, Esq.
Montez Nazareth Law
P.O. Box 40156
Las Vegas,  NV  89140
Phone: (702) 948-7474
Fax:     (702) 549-2736
Email:  jude@mnlawonline.com

Attorneys for Plaintiff,
**CHAD CHOLETTE** individually and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CHAD CHOLETTE, individually and on Behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTALLPRO, INC., a Utah Corporation, d.b.a IPRO, Inc. in Nevada,<br><br>Defendant. | Case No.:  2:10-cv-02153 KJD-VCF<br>JUDGE KENT J. DAWSON<br>COMPLAINT DATE:  12/12/2010<br><br>**COLLECTIVE CLASS ACTION PURSUANT TO 29 U.S.C. §216(b)**<br><br>**REQUEST FOR COURT TO ACCEPT LATE CONSENT TO JOIN COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) BY CHASE COTTON** |

- 1 -

1  Plaintiff received Chase Cotton's consent to join the collective action by
2  mail on December 26, 2012. (See Exhibit A attached hereto.) The cut-off date to
3  join the collective action was October 30, 2012. The signature date on the consent
4  to join form was signed on July 5, 2012. We respectfully request the Court accept
5  the late consent to join form since we are unable to identify whether the consent to
6  join was delivered late in the mail.

8  DATED: January 2, 2013                    CALLAHAN, THOMPSON, SHERMAN
                                              & CAUDILL, LLP

10                                            By _____
11                                               KATHLEEN M. HARTMAN
                                                 Attorneys for Plaintiff
                                                 **CHAD CHOLETTE**

15
16         IT IS SO ORDERED
           Dated Jan. 7, 2013
17
18
19         _____
           United States District Judge

- 2 -