ROBERT W. THOMPSON, Esq. (Cal. SBN 106411)
Attorney has complied with LR IA 10-2
KATHLEEN M. HARTMAN, Esq. (Cal. SBN 219934)
Attorney has complied with LR IA 10-2
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel:   (949) 261-2872
Fax:   (949) 261-6060
Email: khartman@ctsclaw.com
          rthompson@ctsclaw.com

Jude Nazareth, Esq.
Montez Nazareth Law
P.O. Box 40156
Las Vegas, NV 89140
Phone: (702) 948-7474
Fax:     (702) 549-2736
Email: jude@mnlawonline.com

Attorneys for Plaintiff,
**CHAD CHOLETTE** individually and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CHAD CHOLETTE, individually and on Behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTALLPRO, INC., a Utah Corporation, d.b.a IPRO, Inc. in Nevada,<br><br>Defendant. | Case No.: 2:10-cv-02153 KJD-VCF<br>JUDGE KENT J. DAWSON<br>COMPLAINT DATE: 12/12/2010<br><br>**COLLECTIVE CLASS ACTION PURSUANT TO 29 U.S.C. §216(b)**<br><br>**REQUEST FOR COURT TO ACCEPT LATE CONSENT TO JOIN COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) BY CHASE COTTON** |

- 1 -

Plaintiff received Chase Cotton's consent to join the collective action by mail on December 26, 2012. (See Exhibit A attached hereto.) The cut-off date to join the collective action was October 30, 2012. The signature date on the consent to join form was signed on July 5, 2012. We respectfully request the Court accept the late consent to join form since we are unable to identify whether the consent to join was delivered late in the mail.

DATED: January 2, 2013

CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

By _____
KATHLEEN M. HARTMAN
Attorneys for Plaintiff
**CHAD CHOLETTE**

```
IT IS SO ORDERED
Dated Jan. 7, 2013


_____
United States District Judge
```

- 2 -