UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHAD CHOLETTE, *etc.*, )<br>)<br>            Plaintiff(s), )<br>)<br>vs. )<br>)<br>INSTALLPRO, INC., *etc.*, )<br>)<br>            Defendant(s). )<br>_____ ) | 2:10-cv-2153-APD-VCF<br><br>**O R D E R**<br>(Administrative Closure) |

Because a Settlement Agreement has been reached in this matter and a settlement payment schedule has been implemented, IT IS HEREBY ORDERED that this case shall be ADMINISTRATIVELY CLOSED upon the records of this Court.

IT IS FURTHER ORDERED this Court shall retain jurisdiction and the case may be reopened if necessary to enforce the terms of the settlement or for other related purposes. **The parties are still required to file a stipulation and order for dismissal *with prejudice* in the form attached to the Settlement Agreement within five (5) court days after the payment of all amounts contemplated by the Agreement.**

Dated: March 25, 2014

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE