HEIDI E. C. LEITHEAD, ESQ.
Admitted pro hac vice
BENTLEY J. TOLK, ESQ.
Admitted pro hac vice
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
hleithead@parrbrown.com
btolk@parrbrown.com

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
DURHAM JONES & PINEGAR, P.C.
10785 West Twain Avenue, Suite 200
Las Vegas, NV 89135
Telephone: (702) 870-6060
Facsimile: (702) 870-6090
mrawlins@djplaw.com

*Attorneys for Defendant InstallPro, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHAD CHOLETTE, individually and on behalf of others similarly situated, | Case No. 2:10-cv-02153-APG-VCF |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| INSTALLPRO, INC. a Utah corporation, d.b.a. IPRO, INC. in Nevada, | |
| Defendant. | |

Based upon the parties' Stipulated Motion for Dismissal With Prejudice, and based upon the parties' stipulation and agreement contained therein that all required payments pursuant to the Court-approved Settlement and Release Agreement in this matter have been made in their entirety, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this lawsuit, and all claims asserted by the certified class members in this lawsuit, are dismissed in their entirety on the merits with prejudice, each party to bear its or his own attorneys' fees and costs associated with this lawsuit and the dismissal thereof.

Dated: February 10, 2015.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

**PARR BROWN GEE & LOVELESS**

By_____/s/ Bentley J. Tolk_____
     Bentley J. Tolk
     Attorneys for Defendant
     **INSTALLPRO, INC.**


CALLAHAN, THOMPSON, SHERMAN
  & CAUDILL, LLP

By_____/s/ Kathleen Hartman_____
     Robert W. Thompson, Esq.
     Kathleen M. Hartman, Esq.
     Attorneys for Plaintiff
     **CHAD CHOLETTE**